UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:        SHEILA BLAKELY                                         CASE NO: 13-50069
              DEBTORS

## ORDER

This matter having come before the Court upon the Debtor's motion to compel Asset Acceptance, LLC and Legal Recoveries, Inc. to release their judgment liens on real estate, and the Court having reviewed the record and being sufficiently advised;

IT IS HEREBY ORDERED that the Debtor's motion to compel Asset Acceptance, LLC and Legal Recoveries, Inc. to release its judgment liens on real estate is SUSTAINED and Asset Acceptance, LLC and Legal Recoveries, Inc. shall release their judgment liens on real estate within thirty (30) days of entry of the discharge.

Pursuant to Local Rule 9022-1(c), J. D. Kermode, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within fourteen (14) days hereof.

Copies to:

7 Trustee
J. D. Kermode

Asset Acceptance
c/o Greene & Cooper, LLP
Hon. Lisa A. Riley
PO Box 20067
Louisville, KY 40250-0067

Asset Acceptance
c/o Lloyd & McDaniel, PLC
Hon. Carole C. Schneider
PO Box 23200
Louisville, KY 40223-0200

Legal Recoveries
c/o Mapother & Mapother
Hon. Charlie W. Gordon
801 West Jefferson Street
Louisville, KY 40202

CT Corporation Sytem
Registered Agent for Asset Acceptance, LLC
306 W. Main Street, Ste. 512
Frankfort, KY 40601

C. F. Haunz
Registered Agent for Legal Recoveries
8512 Brookside East
Pewee Valley, KY 40056